O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | Case No. CV 14-600-DSF (KK) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| S. LEE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant R. Barton's Motion to Dismiss is GRANTED and all claims against Defendant R. Barton are dismissed without leave to amend.

DATED: 11/6/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE