UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>S. LEE, ET AL.,<br><br>　　　　　Defendants. | Case No. CV 14-600-DSF (KK)<br><br>**ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Defendants' request to revoke Plaintiff's in forma pauperis status is DENIED; (2) Defendants' Motion for Summary Judgment due to Plaintiff's failure to exhaust administrative remedies is GRANTED as to (a) Claims One, Five, Seven, Eight, Ten, Twelve, and Fourteen; and (b) Claim Fifteen against defendants Ramirez-Quan and Merrill.

Accordingly, the following claims are DISMISSED without prejudice and without leave to amend: (a) Claims One, Five, Seven, Eight, Ten, Twelve, and Fourteen; and (b) Claim Fifteen as to defendants Ramirez-Quan and Merrill.

The action will, therefore, proceed on Claim Fifteen against defendants Mangrubang and Siordia. As set forth in the Court's March 6, 2018 Order Modifying the Scheduling Order, see dkt. 171, the deposition cut-off is thirty (30) days from the date of this Order, and the substantive motion deadline for the parties to each file a single summary judgment motion is forty-five (45) days after the deposition cut-off.

DATED: April 3, 2019

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE