UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>                       Plaintiff,<br><br>                v.<br><br>S. LEE, ET AL.,<br><br>                    Defendant(s). | Case No. CV 14-600-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered (a) DISMISSING Plaintiff's Eighth Amendment claim with prejudice and without leave to amend; and (b) DISMISSING Plaintiff's state law claims without prejudice and without leave to amend.

DATED: February 11, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE