JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>S. LEE, ET AL.,<br><br>　　　　　Defendant(s). | Case No. CV 14-600-DSF (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED this action is DISMISSED as follows: Plaintiff's Eighth Amendment claim is dismissed with prejudice and without leave to amend and Plaintiff's state law claims are dismissed without prejudice and without leave to amend.

DATED: February 11, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE